UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UDI FISHMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | 1:14-cv-00708-GSA-PC<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY $50.00 BALANCE OF FILING FEE, WITHIN 30 DAYS |

　　　　Udi Fishman ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on May 12, 2014.  (Doc. 1.)

　　　　Plaintiff has paid $350.00 of the $400.00 filing fee.  (Court Record.)  Plaintiff must either pay the remaining $50.00 balance of the filing fee, or submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that within thirty (30) days of the date of service of this order, Plaintiff shall either submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the remaining $50.00 balance of the

filing fee for this action. **No requests for extension will be granted without a showing of good cause**.

If Plaintiff chooses to submit an application to proceed in forma pauperis, he must also submit a certified copy of his prison trust statement for the six month period immediately preceding the filing of the complaint, within sixty (60) days of the date of service of this order. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:   **May 15, 2014**               **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE