# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UDI FISHMAN, | ) 1:14-cv-00708-BAM (PC) |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S |
| v. | ) REQUEST FOR VOLUNTARY DISMISSAL </br> ) (ECF No. 22) |
| JOHN DOE, et al., | ) ORDER DIRECTING CLERK OF COURT |
| Defendants. | ) TO CLOSE CASE AND ADJUST DOCKET </br> ) TO REFLECT VOLUNTARY DISMISSAL |

Plaintiff Udi Fishman is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff initiated this action on May 12, 2014. (ECF No. 1.) On July 14, 2014, Plaintiff consented to the jurisdiction of a United States Magistrate Judge. (ECF No. 5.)

On April 7, 2016, Plaintiff filed a document entitled "Motion For Dismissal of All Claims, and Withdraw Action." Plaintiff requests "the Court to dismiss this case without prejudice." (ECF No. 22 p. 1.) The Court construes the motion as one requesting voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).

"[U]nder Rule 41(a)(1)(A)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant

1 can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078.  In this action, no defendant has been served and no defendant has filed an answer or motion for summary judgment.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action without prejudice pursuant to Rule 41(a).  All pending motions, if any, are terminated.

IT IS SO ORDERED.

Dated:   **April 11, 2016**                        /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE